FILED
Jeffrey A. Apperson, Clerk

APR 0 2 2009

U. S. DISTRICT CLERK
WEST'N DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL, KENTUCKY

UNITED STATES OF AMERICA

V.

JENNIFER L. BROWN

INFORMATION

NO. 5:09MJ-128-K

18 U.S.C. 641

The United States Attorney charges:

## COUNT 1

On or about the 2nd day of January 2009, in the Western District of Kentucky at Fort Campbell, Christian County, Kentucky, within the special maritime and territorial jurisdiction of the United States, JENNIFER L. BROWN, defendant herein, did intentionally steal at the Main Post Exchange, one (1) purse and two (2) pairs of sunglasses, a value of $137.95, property of the Army, Air Force Exchange Service, a U.S. Agency.

In violation of Title 18, United States Code, Section 641.

CANDACE HILL
Acting United States Attorney

By: _____
MICHAEL T. PFEIFFER
Special Assistant U.S. Attorney

JENNIFER L. BROWN

## PENALTIES

### COUNT 1

18 U.S.C. 641

MINIMUM:

MAXIMUM: $100,000 and 1 year confinement

SPECIAL ASSESSMENT: $25